AARON D. FORD
  Attorney General
ROST C. OLSEN, Bar No. 14410
  Deputy Attorney General
State of Nevada
Public Safety Division
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1209
E-mail: rolsen@ag.nv.gov

*Attorneys for Defendants,*
*Isidro Baca, Donny Cook,*
*Shane Escamilla, John Henley,*
*and David V. Vest*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANDREW L. MEEKS, II, | Case No. 3:18-cv-00431-MMD-WGC |
| Plaintiff, | |
| v. | **ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF DISPOSITIVE MOTIONS DEADLINE (First Request)** |
| NEVADA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants | |

Defendant Isidro Baca, Isidro Baca, Donny Cook, Shane Escamilla, John Henley, and David V. Vest, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Rost C. Olsen, Deputy Attorney General, move this Court for a 30-day extension of the dispositive motions deadline in this matter. This motion is supported by the following Memorandum of Points and Authorities.

## MEMORANDUM OF POINTS AND AUTHORITIES

Federal Rule of Civil Procedure 6(b)(1) governs extensions of time and provides as follows:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

Here, Defendants respectfully request this Court extend the dispositive motions deadline in this matter from March 18, 2020 to April 17, 2020. Undersigned Counsel's wife is nine months pregnant and has been experiencing difficulties with the pregnancy. *See* Ex. A (Declaration of Rost C. Olsen) at ¶ ¶ 3-4. Tending to these matters has taken time that would otherwise have gone to the preparation of a motion for summary judgment in this matter. *Id.* at ¶ 4.

Defendants submit good cause exists for this requested extension. This extension will allow the Undersigned proper time to tend to matters surrounding the birth of his daughter, expected within the next two weeks, and to then adequately prepare a motion for summary judgment in this matter. *Id.* at ¶ 5.

For the foregoing reasons, Defendants respectfully request this Court grant the 30-day extension requested herein.

DATED this 16th day of March, 2020.

    AARON D. FORD
    Attorney General

    By:    /s/ Rost C. Olsen
           ROST C. OLSEN, Bar No. 14410
           Deputy Attorney General

    *Attorneys for Defendant*

**IT IS SO ORDERED**.

_____
**U.S. MAGISTRATE JUDGE**

**DATED**: March 17, 2020.