AARON D. FORD
  Nevada Attorney General
LAURA M. GINN, Bar No. 8085
  Deputy Attorney General
State of Nevada
Office of the Attorney General
100 N. Carson Street
Carson City, NV 89701
Tel (775) 684-1120
Email: lginn@ag.nv.gov

*Attorneys for Defendants*
*Isidro Baca, Donny Cook,*
*Shane Escamilla, John Henley,*
*and David V. Vest*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ANDREW L. MEEKS, II, | Case No. 3:18-cv-00431-MMD-CSD |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| NEVADA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff Andrew L. Meeks, II, *pro se*, and all Defendants in this matter, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Laura M. Ginn, Deputy Attorney General, based upon the Settlement Agreement between the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to dismissal with

///
///
///
///
///
///
///

Page 1

prejudice of the above-captioned action, with each party bearing their own attorney's fees and costs and that the Court may accordingly close the case.

DATED: May 2, 2022

By: _____
Andrew L. Meeks, II
*Plaintiff Pro Se*

DATED: May 13, 2022

By: _____
Laura M. Ginn, Bar No. 8085
Deputy Attorney General
*Attorney for Defendant*

## ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

_____
UNITED STATES DISTRICT JUDGE

DATED: May 16, 2022

## CERTIFICATE OF SERVICE

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on May 13, 2022, I electronically filed the foregoing **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** via this Court's electronic filing system. Parties that are registered with this Court's electronic filing system will be served electronically.

> Andrew L. Meeks, II, #52872
> Northern Nevada Correctional Center
> P. O. Box 7000
> Carson City, NV 89702

> */s/ Karen Easton*
> An employee of
> the office of the Nevada Attorney General